# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702    PAGE ONE OF    PAGES

TO OWNER: Residences at Miramar
2480 E Preserve Way
Miramar, Fl 33025

PROJECT: Residences at Miramar
Telephone: 954-885-8725
Fax 954-885-8730

APPLICATION NO: 8

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [X] CONTRACTOR

FROM SUBCONTRACTOR:
Lafite Roofing & Sheet Metal, LLC
2280 W. Copans Road
Pompano Beach, FL 33069
CONTRACT FOR: Roofing

VIA: Hunter R Contracting
23257 State Road 7, Suite 206
Boca Raton, Fl 33428
Telephone: 1-877-478-6380
Fax: 1-877-470-6384

PERIOD TO: 8/8/2008

PROJECT NOS:

CONTRACT DATE: 04/21/08

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................... $ 1,731,450.00
2. Net change by Change Orders ................ $ 1,617.50
3. CONTRACT SUM TO DATE (Line 1 ± 2) .......... $ 1,733,067.50
4. TOTAL COMPLETED & STORED TO DATE (Column F on G703) ........ $ 1,733,067.50
5. RETAINAGE:
   a. 0 % of Completed Work    $ N/A
      (Column D + E on G703)
   b. ___ % of Stored Material    $ ___
      (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) ................. $ 0.00
6. TOTAL EARNED LESS RETAINAGE ............... $ 1,733,067.50
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) ... $ 1,712,747.50
8. CURRENT PAYMENT DUE ....................... $ 20,320.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) ... $ 0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $1,617.50 | |
| Total approved this Month | $0.00 | |
| TOTALS | $1,617.50 | $0.00 |
| NET CHANGES by Change Order | $1,617.50 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

SUBCONTRACTOR: Lafite Roofing & Sheet Metal, LLC

By: _[signature]_ Date: 8/8/2008
Barbara McGuire, A/R Mgr

State of: Florida    County of: Broward
Subscribed and sworn to before me this 8th day of August 2008
Notary Public: Magdalena Avery
My Commission expires: 6/4/2011

NOTARY PUBLIC-STATE OF FLORIDA
Magdalena Avery
Commission #DD681579
Expires: JUNE 04, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......... $ ___

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: ___ Date: ___

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

# CONTINUATION SHEET

*AIA DOCUMENT G703*

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

**Residences at Miramar**

APPLICATION NO: 8
DUE DATE: 08/08/08
THRU DATE: 08/07/08
LATITE'S PROJECT NO: see below Scott/Chuck
LATITE CUSTOMER NO. 6495 400-312

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | TOTAL VALUE | PREVIOUS APPLICATIONS | THIS PERIOD | TOTAL TO DATE | %TOTAL COMPLETE | BALANCE TO FINISH |
| | **RML CLUBR** | | | | | | |
| | Clubhouse | | | | | | |
| 1 | 50% at Hot Mop | $43,767.50 | $43,767.50 | $0.00 | $43,767.50 | 100.00% | $0.00 |
| 2 | 25% at Tile Load | $21,883.75 | $21,883.75 | $0.00 | $21,883.75 | 100.00% | $0.00 |
| 3 | 25% Tile Installed | $21,883.75 | $21,883.75 | $0.00 | $21,883.75 | 100.00% | $0.00 |
| 4 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 5 | Subtotal | $87,535.00 | $87,535.00 | $0.00 | $87,535.00 | 100.00% | $0.00 |
| 6 | **RML GUARDR** | | | | | | |
| 7 | Guardhouse | | | | | | |
| 8 | 50% at Hot Mop | $2,235.00 | $2,235.00 | $0.00 | $2,235.00 | 100.00% | $0.00 |
| 9 | 25% at Tile Load | $1,117.50 | $1,117.50 | $0.00 | $1,117.50 | 100.00% | $0.00 |
| 10 | 25% Tile Installed | $1,117.50 | $1,117.50 | $0.00 | $1,117.50 | 100.00% | $0.00 |
| 11 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 12 | Subtotal | $4,470.00 | $4,470.00 | $0.00 | $4,470.00 | 100.00% | $0.00 |
| 13 | **RML MAINTR** | | | | | | |
| 14 | Maintenance Bldg | | | | | | |
| 15 | 50% at Hot Mop | $2,902.50 | $2,902.50 | $0.00 | $2,902.50 | 100.00% | $0.00 |
| 16 | 25% at Tile Load | $1,451.25 | $1,451.25 | $0.00 | $1,451.25 | 100.00% | $0.00 |
| 17 | 25% Tile Installed | $1,451.25 | $1,451.25 | $0.00 | $1,451.25 | 100.00% | $0.00 |
| 18 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 19 | Subtotal | $5,805.00 | $5,805.00 | $0.00 | $5,805.00 | 100.00% | $0.00 |
| 20 | **RML 1R** | | | | | | |
| 21 | Bldg #1 | | | | | | |
| 22 | 50% at Hot Mop | $40,640.00 | $40,640.00 | $0.00 | $40,640.00 | 100.00% | $0.00 |
| 23 | 25% at Tile Load | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 24 | 25% Tile Installed | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 25 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 26 | Subtotal | $81,280.00 | $81,280.00 | $0.00 | $81,280.00 | 100.00% | $0.00 |
| 27 | **RML 2R** | | | | | | |
| 28 | Bldg #2 | | | | | | |
| 29 | 50% at Hot Mop | $65,202.50 | $65,202.50 | $0.00 | $65,202.50 | 100.00% | $0.00 |
| 30 | 25% at Tile Load | $32,601.25 | $32,601.25 | $0.00 | $32,601.25 | 100.00% | $0.00 |
| 31 | 25% Tile Installed | $32,601.25 | $32,601.25 | $0.00 | $32,601.25 | 100.00% | $0.00 |
| 32 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 33 | Subtotal | $130,405.00 | $130,405.00 | $0.00 | $130,405.00 | 100.00% | $0.00 |
| 34 | **RML 3R** | | | | | | |
| 35 | Bldg #3 | | | | | | |
| 36 | 50% at Hot Mop | $50,465.00 | $50,465.00 | $0.00 | $50,465.00 | 100.00% | $0.00 |
| 37 | 25% at Tile Load | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 38 | 25% Tile Installed | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 39 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 40 | Subtotal | $100,930.00 | $100,930.00 | $0.00 | $100,930.00 | 100.00% | $0.00 |

# CONTINUATION SHEET

*AIA DOCUMENT G703*

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

**Residences at Miramar**

APPLICATION NO: 8
DUE DATE: 08/08/08
THRU DATE: 08/07/08
LATITE'S PROJECT NO: see below Scott/Chuck
LATITE CUSTOMER NO. 6495 400-312

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | TOTAL VALUE | PREVIOUS APPLICATIONS | THIS PERIOD | TOTAL TO DATE | %TOTAL COMPLETE | BALANCE TO FINISH |
| 41 | **RML 4R** | | | | | | |
| 42 | Bldg #4 | | | | | | |
| 43 | 50% at Hot Mop | $40,640.00 | $40,640.00 | $0.00 | $40,640.00 | 100.00% | $0.00 |
| 44 | 25% at Tile Load | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 45 | 25% Tile Installed | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 46 | Wood Replacement | $415.00 | $415.00 | $0.00 | $415.00 | 100.00% | $0.00 |
| 47 | Subtotal | $81,695.00 | $81,695.00 | $0.00 | $81,695.00 | 100.00% | $0.00 |
| 48 | **RML 5R** | | | | | | |
| 49 | Bldg #5 | | | | | | |
| 50 | 50% at Hot Mop | $50,465.00 | $50,465.00 | $0.00 | $50,465.00 | 100.00% | $0.00 |
| 51 | 25% at Tile Load | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 52 | 25% Tile Installed | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 53 | Wood Replacement | $197.50 | $197.50 | $0.00 | $197.50 | 100.00% | $0.00 |
| 54 | Subtotal | $101,127.50 | $101,127.50 | $0.00 | $101,127.50 | 100.00% | $0.00 |
| 55 | **RML 6R** | | | | | | |
| 56 | Bldg #6 | | | | | | |
| 57 | 50% at Hot Mop | $40,640.00 | $40,640.00 | $0.00 | $40,640.00 | 100.00% | $0.00 |
| 58 | 25% at Tile Load | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 59 | 25% Tile Installed | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 60 | Wood Replacement | $735.00 | $735.00 | $0.00 | $735.00 | 100.00% | $0.00 |
| 61 | Subtotal | $82,015.00 | $82,015.00 | $0.00 | $82,015.00 | 100.00% | $0.00 |
| 62 | **RML 7R** | | | | | | |
| 63 | Bldg #7 | | | | | | |
| 64 | 50% at Hot Mop | $50,465.00 | $50,465.00 | $0.00 | $50,465.00 | 100.00% | $0.00 |
| 65 | 25% at Tile Load | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 66 | 25% Tile Installed | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 67 | Wood Replacement | $270.00 | $270.00 | $0.00 | $270.00 | 100.00% | $0.00 |
| 68 | Subtotal | $101,200.00 | $101,200.00 | $0.00 | $101,200.00 | 100.00% | $0.00 |
| 69 | **RML 8R** | | | | | | |
| 70 | Bldg #8 | | | | | | |
| 71 | 50% at Hot Mop | $40,640.00 | $40,640.00 | $0.00 | $40,640.00 | 100.00% | $0.00 |
| 72 | 25% at Tile Load | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 73 | 25% Tile Installed | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 74 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 75 | Subtotal | $81,280.00 | $81,280.00 | $0.00 | $81,280.00 | 100.00% | $0.00 |
| 76 | **RML 9R** | | | | | | |
| 77 | Bldg #9 | | | | | | |
| 78 | 50% at Hot Mop | $24,117.50 | $24,117.50 | $0.00 | $24,117.50 | 100.00% | $0.00 |
| 79 | 25% at Tile Load | $12,058.75 | $12,058.75 | $0.00 | $12,058.75 | 100.00% | $0.00 |
| 80 | 25% Tile Installed | $12,058.75 | $12,058.75 | $0.00 | $12,058.75 | 100.00% | $0.00 |
| 81 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 82 | Subtotal | $48,235.00 | $48,235.00 | $0.00 | $48,235.00 | 100.00% | $0.00 |

# CONTINUATION SHEET

*AIA DOCUMENT G703*

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar. Use Column I on Contracts where variable retainage for line items may apply.

**Residences at Miramar**

APPLICATION NO: 8
DUE DATE: 08/08/08
THRU DATE: 08/07/08
LATITE'S PROJECT NO: see below Scott/Chuck
LATITE CUSTOMER NO. 6495 400-312

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | TOTAL VALUE | PREVIOUS APPLICATIONS | THIS PERIOD | TOTAL TO DATE | %TOTAL COMPLETE | BALANCE TO FINISH |
| 83 | **RML 10R** | | | | | | |
| 84 | **Bldg #10** | | | | | | |
| 85 | 50% at Hot Mop | $50,465.00 | $50,465.00 | $0.00 | $50,465.00 | 100.00% | $0.00 |
| 86 | 25% at Tile Load | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 87 | 25% Tile Installed | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 88 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 89 | Subtotal | $100,930.00 | $100,930.00 | $0.00 | $100,930.00 | 100.00% | $0.00 |
| 90 | **RML 11R** | | | | | | |
| 91 | **Bldg #11** | | | | | | |
| 92 | 50% at Hot Mop | $65,202.50 | $65,202.50 | $0.00 | $65,202.50 | 100.00% | $0.00 |
| 93 | 25% at Tile Load | $32,601.25 | $32,601.25 | $0.00 | $32,601.25 | 100.00% | $0.00 |
| 94 | 25% Tile Installed | $32,601.25 | $32,601.25 | $0.00 | $32,601.25 | 100.00% | $0.00 |
| 95 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 96 | Subtotal | $130,405.00 | $130,405.00 | $0.00 | $130,405.00 | 100.00% | $0.00 |
| 97 | **RML 12R** | | | | | | |
| 98 | **Bldg #12** | | | | | | |
| 99 | 50% at Hot Mop | $50,465.00 | $50,465.00 | $0.00 | $50,465.00 | 100.00% | $0.00 |
| 100 | 25% at Tile Load | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 101 | 25% Tile Installed | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 102 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 103 | Subtotal | $100,930.00 | $100,930.00 | $0.00 | $100,930.00 | 100.00% | $0.00 |
| 104 | **RML 13R** | | | | | | |
| 105 | **Bldg #13** | | | | | | |
| 106 | 50% at Hot Mop | $40,640.00 | $40,640.00 | $0.00 | $40,640.00 | 100.00% | $0.00 |
| 107 | 25% at Tile Load | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 108 | 25% Tile Installed | $20,320.00 | $0.00 | $20,320.00 | $20,320.00 | 100.00% | $0.00 |
| 109 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 110 | Subtotal | $81,280.00 | $60,960.00 | $20,320.00 | $81,280.00 | 100.00% | $0.00 |
| 111 | **RML 14R** | | | | | | |
| 112 | **Bldg #14** | | | | | | |
| 113 | 50% at Hot Mop | $65,202.50 | $65,202.50 | $0.00 | $65,202.50 | 100.00% | $0.00 |
| 114 | 25% at Tile Load | $32,601.25 | $32,601.25 | $0.00 | $32,601.25 | 100.00% | $0.00 |
| 115 | 25% Tile Installed | $32,601.25 | $32,601.25 | $0.00 | $32,601.25 | 100.00% | $0.00 |
| 116 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 117 | Subtotal | $130,405.00 | $130,405.00 | $0.00 | $130,405.00 | 100.00% | $0.00 |
| 118 | **RML 15R** | | | | | | |
| 119 | **Bldg #15** | | | | | | |
| 120 | 50% at Hot Mop | $50,465.00 | $50,465.00 | $0.00 | $50,465.00 | 100.00% | $0.00 |
| 121 | 25% at Tile Load | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 122 | 25% Tile Installed | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 123 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 124 | Subtotal | $100,930.00 | $100,930.00 | $0.00 | $100,930.00 | 100.00% | $0.00 |

# CONTINUATION SHEET

*AIA DOCUMENT G703*

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

Residences at Miramar

APPLICATION NO: 8
DUE DATE: 08/06/08
THRU DATE: 08/07/08
LATITE'S PROJECT NO: see below  Scott/Chuck
LATITE CUSTOMER NO. 6495 400-312

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | TOTAL VALUE | PREVIOUS APPLICATIONS | THIS PERIOD | TOTAL TO DATE | %TOTAL COMPLETE | BALANCE TO FINISH |
| 125 | **RML 16R** | | | | | | |
| 126 | **Bldg #16** | | | | | | |
| 127 | 50% at Hot Mop | $40,640.00 | $40,640.00 | $0.00 | $40,640.00 | 100.00% | $0.00 |
| 128 | 25% at Tile Load | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 129 | 25% Tile Installed | $20,320.00 | $20,320.00 | $0.00 | $20,320.00 | 100.00% | $0.00 |
| 130 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 131 | Subtotal | $81,280.00 | $81,280.00 | $0.00 | $81,280.00 | 100.00% | $0.00 |
| 132 | **RML 17R** | | | | | | |
| 133 | **Bldg #17** | | | | | | |
| 134 | 50% at Hot Mop | $50,465.00 | $50,465.00 | $0.00 | $50,465.00 | 100.00% | $0.00 |
| 135 | 25% at Tile Load | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 136 | 25% Tile Installed | $25,232.50 | $25,232.50 | $0.00 | $25,232.50 | 100.00% | $0.00 |
| 137 | Wood Replacement | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 |
| 138 | Subtotal | $100,930.00 | $100,930.00 | $0.00 | $100,930.00 | 100.00% | $0.00 |
| | **GRAND TOTALS** | $1,733,067.50 | $1,712,747.50 | $20,320.00 | $1,733,067.50 | 100.00% | $0.00 |